| | |
|---|---|
| 1 | Beth S. Brinkmann (SBN 129937)** |
|   | bbrinkmann@cov.com |
| 2 | Alexander A. Berengaut* |
|   | aberengaut@cov.com |
| 3 | Megan C. Keenan* |
|   | mkeenan@cov.com |
| 4 | COVINGTON & BURLING LLP |
|   | 850 Tenth Street, NW |
| 5 | Washington, DC 20001 |
|   | Telephone: +1 (202) 662-6000 |
| 6 | Facsimile: + 1 (202) 778-6000 |
| 7 | John E. Hall (SBN 118877) |
|   | jhall@cov.com |
| 8 | Anders Linderot* |
|   | alinderot@cov.com |
| 9 | COVINGTON & BURLING LLP |
|   | 620 Eighth Avenue |
| 10 | New York, New York 10018-1405 |
|   | Telephone: +1 (212) 841-1000 |
| 11 | Facsimile: + 1 (212) 841-1010 |
| 12 | Mitchell A. Kamin (SBN 202788) |
|   | mkamin@cov.com |
| 13 | Benjamin G. Cain (SBN 325122)** |
|   | bcain@cov.com |
| 14 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars, Suite 3500 |
| 15 | Los Angeles, California 90067-4643 |
|    | Telephone: + 1 (424) 332-4800 |
| 16 | Facsimile: + 1 (424) 332-4749 |
| 17 | *Attorneys for Plaintiffs* |
| 18 | *Pro hac vice application forthcoming |
|    | **C.D. California admission forthcoming |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., | Case No. 2:20-cv-7672 |
| Plaintiffs, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE, | |
| Defendants. | |

Pursuant to Civil Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for TikTok Inc. and ByteDance Ltd., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- TikTok Inc. (Plaintiff);
- TikTok LLC (Corporate parent of TikTok Inc.);
- TikTok Ltd. (Corporate parent of TikTok LLC); and
- ByteDance Ltd. (Plaintiff and corporate parent of TikTok Ltd.).

DATED: August 24, 2020

Respectfully submitted,

*/s/ John E. Hall*

Beth S. Brinkmann (SBN 129937)**
Alexander A. Berengaut*
Megan C. Keenan*
COVINGTON & BURLING LLP
Washington, DC
One CityCenter
850 Tenth Street, NW
Telephone: +1 (202) 662-6000
Facsimile: + 1 (202) 778-6000
Email: bbrinkmann@cov.com
   aberengaut@cov.com
   mkeenan@cov.com

John E. Hall (SBN 118877)
Anders Linderot*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email: jhall@cov.com
   alinderot@cov.com

Mitchell A. Kamin (SBN 202788)
Benjamin G. Cain (SBN 325122)**
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: mkamin@cov.com
   bcain@cov.com

*Attorneys for Plaintiffs*

*Pro hac vice application forthcoming*
*\*\*C.D. California admission forthcoming*