AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD. <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; (see attached) <br> *Defendant(s)* | Civil Action No. 2:20-cv-7672 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John E. Hall
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1  Beth S. Brinkmann (SBN 129937)**
   bbrinkmann@cov.com
2  Alexander A. Berengaut*
   aberengaut@cov.com
3  Megan C. Keenan*
   mkeenan@cov.com
4  COVINGTON & BURLING LLP
   850 Tenth Street, NW
5  Washington, DC 20001
   Telephone: +1 (202) 662-6000
6  Facsimile: + 1 (202) 778-6000

7  John E. Hall (SBN 118877)
   jhall@cov.com
8  Anders Linderot*
   alinderot@cov.com
9  COVINGTON & BURLING LLP
   620 Eighth Avenue
10 New York, New York 10018-1405
   Telephone: +1 (212) 841-1000
11 Facsimile: + 1 (212) 841-1010

12 Mitchell A. Kamin (SBN 202788)
   mkamin@cov.com
13 Benjamin G. Cain (SBN 325122)**
   bcain@cov.com
14 COVINGTON & BURLING LLP
   1999 Avenue of the Stars, Suite 3500
15 Los Angeles, California 90067-4643
   Telephone: + 1 (424) 332-4800
16 Facsimile: + 1 (424) 332-4749

17 *Attorneys for Plaintiffs*

18  *Pro hac vice application forthcoming
   **C.D. California admission forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE, <br><br> Defendants. | Case No. 2:20-cv-7672 <br><br> **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF** |