# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TikTok Inc. et al | CASE NUMBER |
|---|---|
|  | 2:20-cv-07672-DDP-MAA |
| PLAINTIFF(S) |  |
| v. |  |
| U.S. Department of Commerce et al | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). |  |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

*[signature: Dean D. Pregerson]*

August 27, 2020
Date

United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ____Otis D. Wright, II____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ____ODW____ after the case number in place of the initials of the prior judge so that the case number will read ____2:20cv07672 ODW-MAAx____ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/19)                    ORDER RETURNING CASE FOR REASSIGNMENT