Name and address:
Alexander A. Berengaut
Covington and Burling LLP
850 Tenth Street, NW
Washington, DC 20001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD.,<br><br>Plaintiff(s)<br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-7672 ODW-MAAx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Berengaut, Alexander A.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-662-6000                    202-778-6000

*Telephone Number*          *Fax Number*

aberengaut@cov.com

*E-Mail Address*

Covington and Burling LLP
850 Tenth Street, NW
Washington, DC 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TIKTOK INC. and BYTEDANCE LTD.

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Kamin, Mitchell A.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

202788          424-332-4800          424-332-4749

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

mkamin@cov.com

*E-Mail Address*

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　　☐ for failure to complete Application: _____

　　　　　　☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**