Name and address:
Megan C. Keenan
Covington and Burling LLP
850 Tenth Street, NW
Washington, DC 20001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TIKTOK INC. and BYTEDANCE LTD.,

                                        Plaintiff(s)
                    v.

Donald J. Trump, in his official capacity as President of the
United States, et al.

                                        Defendant(s).

CASE NUMBER

2:20-cv-7672 ODW-MAAx

**(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the
Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keenan, Megan C.                                       of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-662-6000                    202-778-6000

*Telephone Number*          *Fax Number*

mkeenan@cov.com

*E-Mail Address*

Covington and Burling LLP
850 Tenth Street, NW
Washington, DC 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
TIKTOK INC. and BYTEDANCE LTD.

*Name(s) of Party(ies) Represented*                ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kamin, Mitchell A.                                     of

*Designee's Name (Last Name, First Name & Middle Initial)*

 202788           424-332-4800            424-332-4749

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mkamin@cov.com

*E-Mail Address*

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
       is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                        _____
                                        **U.S. District Judge/U.S. Magistrate Judge**