Name and address:
Anders Linderot
Covington and Burling LLP
620 Eighth Avenue
New York, NY 10018

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al. <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br><br> 2:20-cv-7672 ODW-MAAx <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Linderot, Anders
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-841-1000
*Telephone Number*

212-841-1010
*Fax Number*

alinderot@cov.com
*E-Mail Address*

of Covington and Burling LLP
620 Eighth Avenue
New York, NY 10018
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
TIKTOK INC. and BYTEDANCE LTD.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Kamin, Mitchell A.
*Designee's Name (Last Name, First Name & Middle Initial)*

202788
*Designee's Cal. Bar No.*

424-332-4800
*Telephone Number*

424-332-4749
*Fax Number*

mkamin@cov.com
*E-Mail Address*

of Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge