# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., <br><br> Plaintiff(s) <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:20-cv-7672-ODW (MAAx) <br><br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keenan, Megan C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-662-6000    202-778-6000
*Telephone Number*    *Fax Number*

mkeenan@cov.com
*E-Mail Address*

of Covington and Burling LLP
850 Tenth Street, NW
Washington, DC 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
TIKTOK INC. and BYTEDANCE LTD.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kamin, Mitchell A.
*Designee's Name (Last Name, First Name & Middle Initial)*

202788    424-332-4800    424-332-4749
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

mkamin@cov.com
*E-Mail Address*

of Covington and Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated: September 2, 2020**

*Otis D. Wright, II, U.S. District Judge*