# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TIKTOK INC. and BYTEDANCE LTD., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-7672-ODW (MAAx) |
| v. | |
| Donald J. Trump, in his official capacity as President of the United States, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [14]** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Linderot, Anders                                 of

*Applicant's Name (Last Name, First Name & Middle Initial*

212-841-1000                    212-841-1010

*Telephone Number               Fax Number*

alinderot@cov.com

*E-Mail Address*

Covington and Burling LLP
620 Eighth Avenue
New York, NY 10018

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TIKTOK INC. and BYTEDANCE LTD.

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Kamin, Mitchell A.                                of

*Designee's Name (Last Name, First Name & Middle Initial*

202788              424-332-4800       424-332-4749

*Designee's Cal. Bar No.    Telephone Number    Fax Number*

mkamin@cov.com

*E-Mail Address*

Covington and Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: September 2, 2020**

**Otis D. Wright, II, U.S. District Judge**