1  Beth S. Brinkmann (SBN 129937)
   bbrinkmann@cov.com
2  Alexander A. Berengaut (Pro Hac Vice)
   aberengaut@cov.com
3  Megan C. Keenan (Pro Hac Vice)
   mkeenan@cov.com
4  COVINGTON & BURLING LLP
   850 Tenth Street, NW
5  Washington, DC 20001
   Telephone: +1 (202) 662-6000
6  Facsimile: + 1 (202) 778-6000

7  John E. Hall (SBN 118877)
   jhall@cov.com
8  Anders Linderot (Pro Hac Vice)
   alinderot@cov.com
9  COVINGTON & BURLING LLP
   620 Eighth Avenue
10 New York, New York 10018-1405
   Telephone: +1 (212) 841-1000
11 Facsimile: + 1 (212) 841-1010

12 Mitchell A. Kamin (SBN 202788)
   mkamin@cov.com
13 Benjamin G. Cain (SBN 325122)
   bcain@cov.com
14 COVINGTON & BURLING LLP
   1999 Avenue of the Stars, Suite 3500
15 Los Angeles, California 90067-4643
   Telephone: + 1 (424) 332-4800
16 Facsimile: + 1 (424) 332-4749

17 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE, <br><br>Defendants. | Case No. 2:20-CV-7672-ODW-MAAx <br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

PLEASE TAKE NOTICE that Plaintiffs TikTok Inc. and ByteDance Ltd. ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss this action without prejudice as to Defendants Donald J. Trump, Wilbur L. Ross, and the U.S. Department of Commerce.  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Defendants have neither answered Plaintiffs' complaint nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an order of the Court.

DATED: September 18, 2020              Respectfully submitted,


                                       */s/ John E. Hall*

Beth S. Brinkmann (SBN 129937)          John E. Hall (SBN 118877)
Alexander A. Berengaut (Pro Hac Vice)   Anders Linderot (Pro Hac Vice)
Megan C. Keenan (Pro Hac Vice)          COVINGTON & BURLING LLP
COVINGTON & BURLING LLP                 The New York Times Building
Washington, DC                          620 Eighth Avenue
One CityCenter                          New York, New York 10018-1405
850 Tenth Street, NW                    Telephone: +1 (212) 841-1000
Telephone: +1 (202) 662-6000            Facsimile: + 1 (212) 841-1010
Facsimile: + 1 (202) 778-6000           Email:  jhall@cov.com
Email:  bbrinkmann@cov.com                      alinderot@cov.com
        aberengaut@cov.com
        mkeenan@cov.com

Mitchell A. Kamin (SBN 202788)
Benjamin G. Cain (SBN 325122)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com
           bcain@cov.com

*Attorneys for Plaintiffs*

# PROOF OF SERVICE

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I, John E. Hall, hereby certify under penalty of perjury under the laws of the United States of America, that on September 20, 2020, a true copy of the above Notice of Voluntary Dismissal was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case. Any other counsel of record will be served by electronic mail and/or first-class mail on the same date.

DATED:  September 20, 2020

Respectfully submitted,

/s/ *John E. Hall*
_____

Beth S. Brinkmann (SBN 129937)
Alexander A. Berengaut (Pro Hac Vice)
Megan C. Keenan (Pro Hac Vice)
COVINGTON & BURLING LLP
Washington, DC
One CityCenter
850 Tenth Street, NW
Telephone: +1 (202) 662-6000
Facsimile: + 1 (202) 778-6000
Email:  bbrinkmann@cov.com
            aberengaut@cov.com
            mkeenan@cov.com

John E. Hall (SBN 118877)
Anders Linderot (Pro Hac Vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
Email:  jhall@cov.com
            alinderot@cov.com

Mitchell A. Kamin (SBN 202788)
Benjamin G. Cain (SBN 325122)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  mkamin@cov.com
            bcain@cov.com

*Attorneys for Plaintiffs*

1
PROOF OF SERVICE